**APPEARANCE FORM FOR PRO SE LITIGANTS**
**DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

FILED
JAN 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: MEDAPATI REDDY
(Please print)

STREET ADDRESS: 8439 W. CATHERINE AVE, #417

CITY/STATE/ZIP: CHICAGO, IL, 60656

PHONE NUMBER: 773-695-9072

CASE NUMBER: 08CV321
JUDGE HOLDERMAN
MAGISTRATE JUDGE COX

Signature _____   Date 1/15/08