UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Medapati Reddy, )
  )
  Plaintiff, )
  )
v. )  Case Number: 08 CV 321
  )
UBS AG, )
  Defendants, )

**FILED**
JAN 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## AFFIDAVIT

I, Stuart Perlmutter, hereby sworn on oath state that I am over the age of 18 years and not a party in the above captioned matter and that on Jan. 23, 2008 at 3:15 P.M. I served this Subpoena upon UBS AG c/o Corporation Service Company, Registered Agent at 50 Weston Street, Hartford, CT 06120 by serving:

Name: Hyla Sklar

Title: Receptionist

Description: Sex: Female, Race: White, Age: 65

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct

Further the Affiant Sayeth Naught.

Sworn to before me on
January 24, 2008

Linda J. Perlmutter
My Commission Expires 12/3/08

Process Server
Stuart Perlmutter

AO 440 (Rev. 05/00) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

MEDAPATI REDDY

Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

UBS AG

CASE NUMBER: 08CV321
JUDGE HOLDERMAN
MAGISTRATE JUDGE COX

TO: (Name and address of Defendant)

UBS AG c/o CORPORATION SERVICE COMPANY
REG. AGENT
50 WESTON STREET
HARTFORD, CT 06120-1537

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MEDAPATI REDDY
8439 W CATHERINE AVE, #417
CHICAGO, IL 60656

an answer to the complaint which is herewith served upon you within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

JAN 15 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
         Date

_____
*Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.