**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number: 08-CV-321
MEDAPATI REDDY V. UBS, AG

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Defendant

| | |
|---|---|
| NAME (Type or print) Sheldon T. Zenner | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Sheldon T. Zenner | |
| FIRM Katten Muchin Rosenman LLP | |
| STREET ADDRESS 525 West Monroe Street | |
| CITY/STATE/ZIP Chicago, IL 60647 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 38433 | TELEPHONE NUMBER 312-902-5476 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |