**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number: 08-CV-321
MEDAPATI REDDY V. UBS, AG

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Defendant

| |
|---|
| NAME (Type or print)<br>Kyle A. Petersen |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Kyle A. Petersen |
| FIRM<br>Katten Muchin Rosenman LLP |
| STREET ADDRESS<br>525 West Monroe Street |
| CITY/STATE/ZIP<br>Chicago, IL 60647 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6275689 | TELEPHONE NUMBER<br>312-902-5369 |
|---|---|

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐