IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MEDAPATI REDDY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 08 CV 321 |
| | ) | |
| v. | ) | Judge Holderman |
| | ) | Magistrate Judge Cox |
| UBS AG, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S RULE 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT

Defendant, UBS AG, in accordance with Fed. R. Civ. P. 7.1 and L.R. 3.2, hereby states:

1. UBS AG is a publicly traded company.

2. No publicly held corporation owns 10% or more of the stock of UBS AG.

Respectfully submitted,

s/Kyle A. Petersen
One of Its Attorneys

Sheldon T. Zenner
Kyle A. Petersen
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, Illinois  60661-3693
(312) 902-5200

60625551

## CERTIFICATE OF SERVICE

I herby certify that on February 12, 2008, I electronically filed the foregoing Defendant's Rule 7.1 and Local Rule 3.2 Disclosure Statement with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Medapati Reddy
8439 W. Catherine Ave, #417
Chicago, IL 60656**

s/Kyle A. Petersen
One of Defendant's Attorneys

Sheldon T. Zenner
Kyle A. Petersen
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
Sheldon.zenner@kattenlaw.com
Kyle.petersen@kattenlaw.com
(312)902-5200

*Attorneys for Defendant*