FILED
APR 29 2008
4-29-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MEDAPATI REDDY | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 08 CV 321 |
| | ) | |
| V. | ) | Judge James Holderman |
| | ) | |
| UBS AG | ) | Magistrate Judge Cox |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

Please take notice that on May 6, 2008 at 9.00 AM or soon thereafter this motion may be heard, I shall appear before the Honorable Judge James Holderman, of the United States District Court for the Northern District of Illinois, Eastern Division, in Room 2541, 219 S. Dearborn Street, Chicago, Illinois and then and there present Plaintiff's motion seeking permission to proceed with discovery.

Respectfully Submitted,

**DATE: April 29, 2008**

(MEDAPATI REDDY)
PLAINTIFF PRO SE

Medapati Reddy
8439 W Catherine Ave, Apt. 417
Chicago, IL 60656
Telephone: 773-695-9072

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath, deposes and states that the undersigned served a true and accurate copy of the attached **Plaintiff's Motion seeking permission to proceed with discovery**, upon the proper party by U.S First Class Mail with proper postage paid in an envelope properly addressed to the following:

> Sheldon T Zenner
> Kyle A. Petersen
> Katten Muchin Rosenman LLP
> 525 W Monroe Street
> Chicago, IL 60661-3693

by placing the same in the mail box located at 211 S. Clark Street, Chicago, IL 60604 on 29 th day of April, 2008.

MEDAPATI REDDY
PLAINTIFF PRO SE