## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Medapati Reddy
                      Plaintiff,

v.                                    Case No.: 1:08−cv−00321
                                                  Honorable James F. Holderman

UBS AG
                      Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 6, 2008:

      MINUTE entry before Judge Honorable James F. Holderman: Status hearing held on 5/6/2008. Plaintiff's motion seeking permission to proceed with discovery [11] is granted. Plaintiff shall comply with FRCP(26)(a)(2) by 9/3/2008. Defendant shall comply with FRCP(26)(a)(2) by 10/3/2008. Fact Discovery ordered closed by 8/4/2008. Expert Discovery ordered closed by 11/3/2008. Parties are to meet with Magistrate Judge Cox for settlement conference. This case will be referred to Magistrate Judge Cox for settlement conference and discovery disputes. Dispositive motions with supporting memoranda due by 1/9/2009; responses due by 1/30/2009. Replies due by 2/20/2009. Motions in limine with supporting memoranda due by 4/7/2009; responses due by 4/14/2009. Final Pretrial Order due by 4/7/2009. Final Pretrial Conference set for 5/7/2009 at 4:00 PM. Jury Trial set for 5/11/2009 at 9:00 AM. The Clerk is directed to mail "Notice to pro se litigants opposing summary judgment" along with copy of LR56.1. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.