# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Medapati Reddy
                    Plaintiff,

v.                                      Case No.: 1:08–cv–00321
                                             Honorable James F. Holderman

UBS AG
                    Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Susan E. for the purpose of holding proceedings related to: discovery disputes and settlement conference. (am) Mailed notice.

Dated: May 6, 2008

                                                                   /s/ James F. Holderman

                                                                   United States District Judge