# United States District Court
# Northern District of Illinois

*MHN*
*MJ-ASHMAN*

In the Matter of

Medapati Reddy

    v.

UBS AG

Case No. 08 C 321

Assigned Judge
James F. Holderman

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
### FOR REFERRAL TO ANOTHER MAGISTRATE JUDGE

    I recommend to the Executive Committee that the reference of the above captioned case be reassigned to another magistrate judge of this Court. The reasons for my recommendation are indicated on the reverse of this form.

_____
Magistrate Judge Susan E. Cox

Dated: June 3, 2008

---

### ORDER OF THE EXECUTIVE COMMITTEE

    IT IS HEREBY ORDERED that the above captioned case be reassigned by lot to the calendar of an individual magistrate judge of this Court in accordance with the Rules.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
Acting Chief Judge Blanche M. Manning

Dated: 6/3/2008

Recusal/Referral - Magistrate Judge  (Rev. 9/99)

■   In accordance with Internal Operating Procedure 14(B) I recuse myself from this case assigned to my calendar pursuant to Local Rule 72.1 or Local Criminal Rule 50.3(D) for the reasons specifically set forth below:

I have a financial conflict.

---

☐   Two or more recusals have been entered in this case. The initial recusal was by Magistrate Judge ____ .

Recusal/Referral - Magistrate Judge  (Rev. 9/99)