# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| MEDAPATI REDDY | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 08 CV 321 |
| | ) | |
| v. | ) | Judge Holderman |
| | ) | |
| UBS AG | ) | |
| | ) | Magistrate Judge Ashman |
| Defendant. | ) | |

## NOTICE OF AGREED MOTION

To:  Medapati Reddy
8439 W. Catherine Ave, #417
Chicago, IL 60656
reddymeda@yahoo.com


   PLEASE TAKE NOTICE that on Tuesday, June 17, 2008, at 10:00 a.m. or as soon thereafter as the parties may be heard, counsel for Defendant will appear before the Honorable Judge Ashman or any other judge sitting in his stead in Room 1386 of the U.S. District Court, 219 South Dearborn Street, Chicago, Illinois, and present *Defendant's Agreed Motion for Entry of Agreed Protective Order*, a copy of which was electronically filed with the Clerk of the court using the CM/ECF system which will automatically serve a copy on you.

UBS AG

By: /s/ Kyle A. Petersen
    One of Its Attorneys

Sheldon T. Zenner
Kyle A. Petersen
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, Illinois  60661-3693
(312) 902-5369
Kyle.petersen@kattenlaw.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

     Kyle A. Petersen., one of Defendant's attorneys, certifies that on June 12, 2008, she electronically filed the foregoing *Defendant's Notice of Agreed Motion* with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

        Medapati Reddy
        8439 W. Catherine Ave, Apt. 417
        Chicago, IL 60656
        reddymeda@yahoo.com

                                          /s/Kyle A. Petersen