# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Medapati Reddy
                Plaintiff,

v.                                          Case No.: 1:08–cv–00321
                                                Honorable James F. Holderman

UBS AG
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 17, 2008:

      MINUTE entry before the Honorable Martin C. Ashman: Defendant's agreed motion for entry of agreed protective order [20] is granted. Magistrate Judge Status hearing held on 6/17/2008; and continued to 7/30/2008 at 10:15 AM. Agreed protective order to be submitted. Mailed notice.(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.