MHW

FILED
JUL 1 0 2008
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MEDAPATI  REDDY | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.  08 CV 321 |
| | ) | |
| V. | ) | |
| | ) | |
| UBS AG | ) | Magistrate Judge Ashman |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S AGREED MOTION FOR
EXTENSION OF DISCOVERY TIME**

Plaintiff, Medapati Reddy ("Reddy"), pro se, hereby requests that the Honorable Court extend fact discovery time in the instant action to October 3, 2008. In support of the said motion, Plaintiff states as follows.

1.   On January 15, 2008, a complaint of civil rights violation was filed in this matter.

2.   On May 6, 2008, Judge Holderman conducted an initial status conference and entered a scheduling order in this matter. As per the scheduling order, fact discovery is set to close by Aug, 4, 2008 and expert discovery is set to close by November 3, 2008. The scheduling order further set January 9, 2009 as the deadline for filing dispositive motions and the trial in this action has been scheduled for May 11, 2009.

3.   A Settlement Conference in this action has been scheduled for July 29, 2008 before Magistrate Judge Ashman.

4.   Discovery between the parties is in progress and a Rule 37 discovery conference between Defendant and Plaintiff to sort out discovery issues will be scheduled in the first week of August if the parties do not agree on settlement.

5. Also neither party has scheduled depositions in the matter.

6. Although the parties have diligently pursued fact discovery, in view of the above, fact discovery is unlikely to be completed by Aug 4, 2008.

7. Counsel for Defendant has agreed to the requested extension of the fact discovery cut off.

8. The parties have not previously requested an extension of time and do not so now to delay these proceedings. Further, the short extension requested will not delay these proceedings as it will not affect the time for filing dispositive motions and is unlikely to affect trial date in the instant action.

WHEREFORE, Plaintiff respectfully requests the Court enter an ordering extending the cut-off for the completion of fact discovery from August 4, 2008 until October 3, 2008.

Respectfully Submitted

(MEDAPATI REDDY)
PLAINTIFF PRO SE

DATE: 7/10/2008

MEDAPATI REDDY
8439 W Catherine Ave, Apt. 417
Chicago, IL 60656
773-695-9072
Email: reddymeda@yahoo.com

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath, deposes and states that the undersigned served a true and accurate copy of the attached **Plaintiff's Agreed Motion for extension of discovery time**, upon the proper party by U.S First Class Mail with proper postage paid in an envelope properly addressed to the following:

> Sheldon T Zenner
> Kyle A. Petersen
> Katten Muchin Rosenman LLP
> 525 W Monroe Street
> Chicago, IL 60661-3693

by placing the same in the mail box located at 211 S. Clark Street, Chicago, IL 60604 on 10 th day of July, 2008.

MEDAPATI REDDY
PLAINTIFF PRO SE