MHW

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUL 1 0 2008
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| MEDAPATI REDDY | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 08 CV 321 |
| | ) | |
| v. | ) | |
| | ) | |
| UBS AG | ) | Magistrate Judge Ashman |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

Please take notice that on July 15, 2008 at 10.30 AM or soon thereafter this motion may be heard, I shall appear before the Honorable Judge Martin Ashman, of the United States District Court for the Northern District of Illinois, Eastern Division, in Room 1386, 219 S. Dearborn Street, Chicago, Illinois and then and there present Plaintiff's agreed motion for extension of discovery time.

Respectfully Submitted,

(MEDAPATI REDDY)
PLAINTIFF PRO SE

DATE: July 10, 2008

Medapati Reddy
8439 W Catherine Ave, Apt. 417
Chicago, IL 60656
Telephone: 773-695-9072