IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUL 1 0 2008
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| **MEDAPATI REDDY** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 08 CV 321 |
| | ) | |
| V. | ) | |
| **UBS AG** | ) | |
| | ) | Magistrate Judge Ashman |
| Defendant | ) | |

## PLAINTIFF'S MOTION FOR LIMITED APPOINTMENT OF SETTLEMENT ASSISTANCE PROGRAM COUNSEL

Plaintiff, Medapati Reddy ("Reddy"), pro se hereby requests that the Honorable Court appoint an attorney to assist Plaintiff, for the limited purpose of Settlement Conference. In support of the said motion, Plaintiff states as follows.

1. On January 15, 2008, Plaintiff filed a complaint of civil rights violation alleging retaliatory termination for making internal complaints of Sexual Harassment and Age Discrimination against UBS AG.

2. Plaintiff is proceeding pro se in the case.

3. A Settlement Conference has been scheduled for July 29, 2008 at 2.00 P.M in this action.

4. Plaintiff believes that assistance of a counsel will be of immense help to Plaintiff in the Settlement Conference and in drafting the related pleadings.

5. In this connection, Plaintiff submits that Plaintiff contacted Laurie Wardell for help in the matter and she expressed her willingness to help in finding an attorney on the advise of the Honorable Judge (Exhibit A).

6. In further support of my motion, I declare that I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other criminal or civil proceeding before this Court.

7. In view of the above, I request that I may please be provided with the benefit of a settlement counsel for the limited purpose of Settlement Conference Assistance.

Respectfully Submitted

DATE: 7/10/2008

(MEDAPATI REDDY)
PLAINTIFF PRO SE

MEDAPATI REDDY
8439 W Catherine Ave, Apt. 417
Chicago, IL 60656
773-695-9072
Email: reddymeda@yahoo.com



Print - Close Window

**Subject:** RE: Settlement Assistance Program for Pro Se Litigants
**Date:** Mon, 7 Jul 2008 08:56:29 -0500
**From:** "Laurie Wardell" <lwardell@clccrul.org>
**To:** "MEDAPATI REDDY" <reddymeda@yahoo.com>

Greetings ---In a nutshell, if your judge decides that appointment of Settlement Assistance Program counsel makes sense, I will try to find you a lawyer who will help you prepare for your settlement conference. The program depends upon lawyers who donate their time, so I am not able to find a lawyer for everyone who needs help. If I am able to find a lawyer, that lawyer will not be able to help you after the settlement conference, and will not be able to help you with discovery or with briefs.

If you think you would like to try our program you need to ask your judge to appoint Settlement Assistance Program counsel.

-----Original Message-----
**From:** MEDAPATI REDDY [mailto:reddymeda@yahoo.com]
**Sent:** Friday, July 04, 2008 12:52 PM
**To:** Laurie Wardell
**Cc:** reddymeda@yahoo.com
**Subject:** Settlement Assistance Program for Pro Se Litigants

Dear Laurie Wardell,

I am processing a case bearing No. 08 cv 321, as pro se litigant in Northern District of

Illinois. A Settlement Conference has been scheduled in this case on July 29, 2008.

Recently I came to know that Settlement Assistance Program for pro se litigants is

available.

Can you please send me details of the program.

Thanks for your help in the matter.

Sincerely
Reddy

MEDAPATI REDDY
8439 W Catherine Ave, # 417
Chicago, IL 60656

reddymeda@yahoo.com

EXHIBIT A