## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Medapati Reddy

                    Plaintiff,

v.                                                  Case No.: 1:08–cv–00321
                                                    Honorable James F. Holderman

UBS AG

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 15, 2008:

        MINUTE entry before the Honorable Martin C. Ashman: Plaintiff's agreed motion for extension of discovery time [25] is granted. Plaintiff's motion for limited appointment of settlement assistance program counsel [27] is granted. Motion hearing held on 7/15/2008 regarding motion for limited admission [27], motion for extension of time to complete discovery [25]. Settlement Conference of 7/29/2008 is stricken. Settlement Conference reset to 8/19/2008 at 02:00 PM. Mailed notice.(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.