UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Medapati Reddy
　　　　　　　　　　Plaintiff,
v.　　　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−00321
　　　　　　　　　　　　　　　　　　　　Honorable James F. Holderman
UBS AG
　　　　　　　　　　Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 24, 2008:

　　　MINUTE entry before the Honorable Martin C. Ashman: Settlement Conference of 8/19/2008 is reset to 9/4/2008 at 02:00 PM., by agreement of the parties. Mailed notice.(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.