IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Medapati Reddy  )
  )
  )
  Plaintiff(s),  )
  )
v.  )  Case No. 08 CV 321
  )
UBS AG  )
  )
  Defendant(s).  )

## LIMITED APPOINTMENT OF
## SETTLEMENT ASSISTANCE PROGRAM COUNSEL

The Court hereby appoints the herein named attorney to represent the pro se party solely for the limited purpose of assisting the pro se party in connection with a settlement conference in this case. Appointed counsel shall not be obligated to conduct any discovery, to prepare or respond to any motions and shall not be responsible for the trial of this case. On notice to the Court, appointed counsel may seek to end the representation of the pro se party upon completion of the settlement conference.

Name of Appointed Counsel: Jonathan W. Young

Law Firm: Wildman, Harrold, Allen & Dixon LLP

Street Address: 225 West Wacker Drive

Suite Number: 2600

City, State & Zip Code: Chicago, Illinois 60606

Telephone Number: 312-201-2662

I hereby acknowledge that I have read, understand and agree to the terms of this Limited Appointment of Settlement Assistance Program Counsel.

Dated: 8/07, 2008

Pro Se Party (MEDAPATI REDDY)

**ENTER:**

Dated: _____, _____

Judge

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
LIMITED ATTORNEY APPEARANCE FORM AS
SETTLEMENT ASSISTANCE PROGRAM COUNSEL

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                Case Number: 08 CV 321
Medapati Reddy v. UBS AG

A LIMITED APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED

AS SETTLEMENT ASSISTANCE PROGRAM COUNSEL FOR
(In the space below, enter the name of the party or parties being represented)

Medapati Reddy

| | |
|---|---|
| NAME (Type or print) | |
| Jonathan W. Young | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Jonathan W. Young | |
| FIRM | |
| Wildman, Harrold, Allen & Dixon LLP | |
| STREET ADDRESS | |
| 225 West Wacker Drive, Suite 2600 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60606 | |
| ID NUMBER | TELEPHONE NUMBER |
| 6204590 | 312-201-2662 |
| E-MAIL ADDRESS | |
| young@wildman.com | |